MIP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV 26
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

Magistrate's Case No. '07 MJ 2750

UNITED STATES OF AMERICA
vs.
Jasmine LAU

COMPLAINT FOR VIOLATION OF
21 U.S.C. 952 and 960

Unlawful Importation of a Controlled Substance

The undersigned complainant being duly sworn states:

That on or about November 24, 2007, within the Southern District of California, defendant Jasmine LAU did knowingly and intentionally import approximately 51.35 kilograms (112.97 pounds) of marijuana, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

_____
Signature of Complainant
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this 26th day of Nov., 2007.

_____
United States Magistrate Judge

Page 1

United States of America
VS.
Jasmine LAU

## PROBABLE CAUSE STATEMENT

I, Special Agent Thomas S. Swink Jr., declare under penalty of perjury, the following is true and correct:

On November 24, 2007 at approximately 10:10 PM, Customs and Border Protection Canine Enforcement Officer (CBP/CEO) was performing preprimary enforcement operations with his narcotics detector dog "Cuervo". At this time, Jasmine LAU, accompanied by Gladys JIMENEZ, attempted to enter the United States from Mexico through the San Ysidro Port of Entry, San Diego, California. LAU was the driver of a white 2000 Chevy Monte Carlo bearing California license plate 5YDE955. "Cuervo" alerted and responded to the dash of the vehicle driven by LAU, indicating the presence of a narcotics odor. Upon further inspection, conducted during preprimary, a CBP Anti-Terrorism and Contraband Enforcement Team (AT-CET) Officer received two negative Customs declaration from LAU. The CBP AT-CET Officer asked LAU why she traveled to Mexico and LAU stated that she entered Mexico to shop. The CBP AT-CET Officer asked LAU if she was the owner of the vehicle and LAU stated, "yes" and that she just bought the vehicle. A cursory inspection of the vehicle revealed black felt material covering the dash vents and packages concealed within. A search of the vehicle revealed a total of 34 packages containing approximately 51.35 kilograms (112.97 pounds) of marijuana were found concealed within the vehicle. A presumptive test of one of the packages revealed a positive reaction to the presence of marijuana. JIMENEZ, the passenger, denied any knowledge during subsequent interview and was released. During a Post-Miranda interview LAU admitted to

Case 3:07-mj-02750-AJB   Document 1   Filed 11/26/2007   Page 3 of 3

driving the vehicle into the United States from the Republic of Mexico, enroute to Los Angeles, California. LAU stated she knew the vehicle contained something illegal and conducted this act for the promise of future monetary gain.

LAU was arrested and charged with violation of Title 21 USC 952, 960, Unlawful Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San Diego, CA.

Page 3